# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

| | | |
|---|---|---|
| PHILIPS LIGHTING NORTH AMERICA CORPORATION and PHILIPS LIGHTING HOLDING B.V. | ) ) ) ) | Civil Action No. 2:18-cv-12 KS-MTP |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| HOWARD INDUSTRIES, INC. (d/b/a HOWARD LIGHTING) | ) ) | |
| Defendant. | | |

## DEFENDANT'S ENTRY OF APPEARANCE

COME NOW, Richard Lewis Yoder, Jr., of the law firm of Gilchrist Sumrall Yoder Yoder & Leggett, PLLC, and hereby enters his appearance as counsel of record for the Defendant, Howard Industries, Inc., in the above styled and numbered cause of action.

RESPECTFULLY SUBMITTED, this the 22nd day of February, 2018.

**HOWARD INDUSTRIES, INC.**

/s/Richard Lewis Yoder, Jr._____
RICHARD L. YODER, MSB #6640
RICHARD LEWIS YODER, JR. MSB #100312
GILCHRIST SUMRALL YODER YODER & LEGGETT, PLLC
415 North Magnolia Street, Suite 400
Post Office Box 106
Laurel, Mississippi 39441-0106
(601) 649-3351 – phone
(601) 426-9625 – facsimile
Email:  rly@laurellaw.com
Email:  lewyoder@laurellaw.com

*Counsel for Howard Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I, Richard Lewis Yoder, Jr., of the law firm Gilchrist Sumrall Yoder Yoder & Leggett, PLLC, do hereby certify that a copy of the foregoing document has been provided via the Electronic Filing System to the following:

> J. Stephen Kennedy
> Baker Donelson Bearman Caldwell & Berkowitz, PC
> 100 Vision Drive, Suite 400
> Jackson, MS 39211

Dated: February 22, 2018                              Respectfully submitted,

Richard Lewis Yoder, Jr.
Richard L. Yoder, MSB #6640
Richard Lewis Yoder, Jr., MSB #100312
GILCHRIST SUMRALL YODER YODER & LEGGETT, PLLC
415 North Magnolia, Suite 400
P.O. Box 106
Laurel, Mississippi 39441-0106
(601) 649-3351

*Attorneys for Defendant,*
*Howard Industries, Inc.*
