THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| PHILIPS LIGHTING NORTH AMERICA CORPORATION and PHILIPS LIGHTING HOLDING B.V.,<br><br>       Plaintiffs,<br><br>vs.<br><br>HOWARD INDUSTRIES, INC. (d/b/a HOWARD LIGHTING),<br><br>       Defendant. | Civil Action No. 2:18-cv-12-KS-MTP |

## RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiffs hereby notify the Court that Defendant has withdrawn its Motion for Judgment on the Pleadings [Dkt. 27] pursuant to the Joint Stipulation filed by the parties on May 22, 2018 [Dkt. 33].

Dated: May 22, 2018

Respectfully submitted,

By: */s/ J. Stephen Kennedy*

J. Stephen Kennedy (MB No. 100040)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
MAILING: Post Office Box 14167
Jackson, Mississippi 39236-4167
PHYSICAL: One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424
skennedy@bakerdonelson.com

Jeremy P. Oczek (*pro hac vice*)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7037
Facsimile: (716) 416-7337
jpoczek@bsk.com

***Counsel for Plaintiffs Philips Lighting North America Corporation and Philips Lighting Holding B.V.***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing *RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS* with the Clerk of the Court using the ECF system which sent notification of such filing to counsel of record.

Dated: May 22, 2018                                              By: */s/ J. Stephen Kennedy*
                                                                                   J. STEPHEN KENNEDY