THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| PHILIPS LIGHTING HOLDING B.V.,<br><br>                    Plaintiff,<br><br>            vs.<br><br>HOWARD INDUSTRIES, INC. (d/b/a<br>HOWARD LIGHTING),<br><br>                    Defendant. | Civil Action No. 2:18-cv-12-KS-MTP |

**AMENDED NOTICE OF DEPOSITION OF JASON COOK**

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 30, Plaintiff Philips Lighting Holding B.V. ("Philips Lighting"), by and through its undersigned attorneys, will take the deposition of Jason Cook, Vice-President of Engineering and Purchasing for Howard Lighting, beginning on Thursday, July 26, 2018 at 9:00 A.M. at the offices of Gilchrist Sumrall Yoder Yoder & Leggett, PLLC, 415 North Magnolia Street, Suite 400, Laurel, Mississippi 39441, or on a date and time as otherwise mutually agreed upon by counsel.

The deposition will be taken under oath and by oral examination pursuant to the Federal Rules of Civil Procedure before a certified shorthand reporter, and will be recorded by stenographic means, audio/video recording, and/or the instant visual display of testimony.

You are invited to attend and cross-examine.

- 2 -

Dated: July 2, 2018                                   Respectfully submitted,

/s/ J. Stephen Kennedy

J. Stephen Kennedy (MS Bar No. 100040)
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
100 Vision Drive, Suite 400
Jackson, MS 39211
T: (601) 351-2400
skennedy@bakerdonelson.com

Jeremy P. Oczek (*pro hac vice*)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
T: (716) 416-7037
jpoczek@bsk.com

*Counsel for Plaintiff*
*Philips Lighting Holding B.V.*

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to counsel of record.

Dated: July 2, 2018                  */s/J. Stephen Kennedy*
                                            J. STEPHEN KENNEDY